UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HERBERT OVERTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MARY ELLA SMITH JOHNSON and ) <br> UNITED STATES VETERANS ) <br> ADMINISTRATION, ) <br> ) <br> Defendants. ) | **JUDGMENT** <br> No. 5:15-CV-64-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's application to proceed in forma pauperis [D.E. 2], DENIES his motion for entry of default [D.E. 6], and DISMISSES plaintiff's complaint.

**This Judgment Filed and Entered on May 12, 2015, and Copies To:**

Herbert Overton                               (via US Mail 15574-084, Butner-F.M.C., P.O. Box 1600 Butner, NC 27509)

DATE                                               **JULIE RICHARDS JOHNSTON, CLERK**
May 12, 2015                             By:   /s/ Courtney O'Brien
                                                                Deputy Clerk